**Criminal Case Cover Sheet**          **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** II    **Investigating Agency** FBI / HSI

**City** Chelsea

**County** Suffolk

**Related Case Information:**
- Superseding Ind./ Inf. X    Case No. 17-10125-WGY
- Same Defendant _____    New Defendant X
- Magistrate Judge Case Number _____
- Search Warrant Case Number _____
- R 20/R 40 from District of _____
- Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____    ☐ Yes   ☐ No

**Defendant Information:**

**Defendant Name** Adam Rodriguez     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name:** Pelon

**Address:** _____

**Birth date (Yr only):** 1990   **SSN (last 4#):** 4794   **Sex:** M   **Race:** Hispanic   **Nationality:** US

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information**

**AUSA:** Christopher Pohl    **Bar Number if applicable:** 637910

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ **Warrant Requested**    ☐ Regular Process    ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:** ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:** ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 11/7/2023    **Signature of AUSA:** _[signature]_

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): 17-10125-WGY

**Name of Defendant** Adam Rodriguez, a/k/a "Pelon"

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 1962(d) | RICO Conspiracy | 1 |
| Set 2 | 18 USC 1963 | RICO Forfeiture Allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013