JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:** Suffolk    **Category No.** II    **Investigating Agency** FBI / HSI

**City** Chelsea

**County** Suffolk

**Related Case Information:**
- Superseding Ind./ Inf.  X    Case No. 17-10125-WGY
- Same Defendant ___    New Defendant X
- Magistrate Judge Case Number ___
- Search Warrant Case Number ___
- R 20/R 40 from District of ___

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number ___    ☐ Yes ☐ No

**Defendant Information:**

Defendant Name: Jose Vasquez    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: Cholo, Little Crazy

Address: ___

Birth date (Yr only): 1993    SSN (last 4#): 4794    Sex: M    Race: Hispanic    Nationality: US

**Defense Counsel if known:** ___    Address: ___

Bar Number: ___

**U.S. Attorney Information**

AUSA: Christopher Pohl    Bar Number if applicable: 637910

**Interpreter:** ☑ Yes ☐ No    List language and/or dialect: Spanish

**Victims:** ☑ Yes ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:** ___

**Arrest Date:** ___

☑ Already in Federal Custody as of January 29, 2016 in FCI Beckley (West Virginia).

☐ Already in State Custody at ___    ☐ Serving Sentence    ☐ Awaiting Trial

☐ On Pretrial Release: Ordered by: ___ on ___

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 9/11/2024    Signature of AUSA: /s/ Christopher Pohl

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): 17-10125-WGY

**Name of Defendant** Jose Vasquez, a/k/a "Cholo," a/k/a "Little Crazy"

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 1959 | VICAR murder | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** Suffolk   **Category No.** II   **Investigating Agency** FBI / HSI
**City** Chelsea
**County** Suffolk

**Related Case Information:**
Superseding Ind./ Inf.  X    Case No. 17-10125-WGY
Same Defendant  X    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____
Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes  ☐ No

**Defendant Information:**
Defendant Name: William Pineda Portillo     Juvenile: ☐ Yes ☑ No
Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No
Alias Name: Humilde
Address:
Birth date (Yr only): 1993   SSN (last 4#): ____   Sex: M   Race: Hispanic   Nationality: El Salvador
Defense Counsel if known: Paul Garrity   Address: 14 Londonderry Road, Londonderry, NH
Bar Number:

**U.S. Attorney Information**
AUSA: Christopher Pohl   Bar Number if applicable: 637910
Interpreter: ☑ Yes ☐ No   List language and/or dialect: Spanish
Victims: ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No
Matter to be SEALED: ☑ Yes ☐ No

☐ Warrant Requested   ☐ Regular Process   ☑ In Custody

**Location Status:** _____
**Arrest Date:** _____
☑ Already in Federal Custody as of May 9, 2022 in Wyatt
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint  ☐ Information  ☑ Indictment
**Total # of Counts:** ☐ Petty  ☐ Misdemeanor  ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 9/11/2024   Signature of AUSA: /s/ Christopher Pohl

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): 17-10125-WGY

**Name of Defendant** William Pineda Portillo, a/k/a "Humilde"

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 1962(d) | RICO Conspiracy | 1 |
| Set 2 | 18 USC 1963 | RICO Forfeiture Allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013